**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

JORGE YEPES AND, JULIO CESAR ESQUIVEL RIVERA *individually and on behalf of others similarly situated,*

Plaintiffs,

-against-

EL TIO PIO WEST INC. (D/B/A TIO PIO), EL TIO PIO CORP. (D/B/A TIO PIO), PIO BAGEL EIGHT INC. (D/B/A PIO BAGEL), JAVIER ESPINOZA, PATRICIO ESPINOZA, CARLOS ESPINOSA, PATRICIA ESPINOZA, AND, NARCISA ESPINOZA,

*Defendants.*

18-cv-02038



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/5/2020

IT IS HEREBY STIPULATED AND AGREED, by and between the parties in the above captioned action, that paragraph 1 of the settlement agreement is revised to:

1. <u>Payment</u>: In consideration for the promises made by PLAINTIFFS set forth in this Agreement, DEFENDANTS promise to pay PLAINTIFF the total amount of EIGHTY THOUSAND DOLLARS ($80,000.00). Payment shall be as follows:

   (a) within thirty (30) days of Court approval of the settlement of this matter and upon the signing of this Agreement and execution of a W-9 by PLAINTIFFS' counsel, and the execution of W-9's and W-4's by the PLAINTIFFS, the total amount of ~~FIVE~~ EIGHTY THOUSAND DOLLARS ($80,000.00) payable as follows:

| Jorge Yepes | $28,744.65 by IRS Form 1099 (liquidated damages and interest) and $28,744.65 by W-2 |
|---|---|
| Julio Cesar Esquivel Rivera | $6,731.39 by IRS Form 1099 (liquidated damages and interest) and $6,731.39 by W-2 |
| Michael Faillace & Associates, attorneys' fees and costs | $9,047.92 by IRS Form 1099 |

PLAINTIFFS further agree that they will be individually responsible for any employee taxes due on the payments pursuant to Paragraphs 1 (a) and (b) above and agree to indemnify and hold harmless DEFENDANTS for any such liability with respect to those payments.

PLAINTIFFS acknowledge that the attorneys' fees and expenses will be paid as part of the monies set forth in this Paragraph, and there will be no further or separate claim for attorneys' fees or expenses.

The payments set forth above in this Paragraph shall be delivered to the office of Michael Faillace & Associates, P.C. to the attention of Michael Faillace, Esq., at One Grand Central Place, 60 East 42nd Street, Suite 4510, New York, NY 10165.

Concurrently with the execution of this Agreement, Defendants El Tio Pio West Inc. (d/b/a Tio Pio), El Tio Pio Corp. (d/b/a Tio Pio), and Pio Bagel Eight Inc. (d/b/a Pio Bagel), ("Defendant Corporation"), Javier Espinoza, Patricio Espinoza, Carlos Espinosa, Patricia Espinoza, and Narcisa Espinoza, shall each execute and deliver to Plaintiffs' counsel confessions of judgment ("Confessions of Judgment") in the form annexed hereto as Exhibits respectively. The Parties hereby acknowledge and agree that the Confessions of Judgments will be held in escrow by Plaintiffs' hereby irrevocably and unconditionally release counsel, and will not be entered and/or filed at any time other than (i) in the event that the Defendants fail to make any of the installment payments as set forth above, i.e., one of the postdated checks fails to clear Plaintiffs' counsel's escrow account, or Defendants fail to deliver the payments to Plaintiffs' counsel within thirty days of the Court approving the Agreement, <u>and</u> (ii) Defendants fail to cure such default within ten (10) days of receipt of written notice (to be delivered to Defendants by first class mail via their counsel, Lawrence Figowe Morrison, Morrison Tenebaum, PLLC, 87 Walker Street, Floor 2, New York, NY 10013). Any such Notice of Default shall be deemed received five (5) days after it is mailed.

Dated: 12/2, 2019

| | |
|---|---|
| MICHAEL FAILLACE & ASSOCIATES, P.C. | MORRISON TENEBAUM, PLLC |
| By: _____ | By: _____s/_____ |
| Gennadiy Naydenskiy, Esq. | Lawrence Figowe Morrison, Esq. |
| *Attorneys for Plaintiffs* | *Attorney for Defendants* |
| 60 East 42nd Street, Suite 4510 | 87 Walker Street, Floor 2 |
| New York, NY 10165 | New York, NY, 10013 |
| (212) 317-1200 | (212) 317-1200 |

SO ORDERED:

_____
HON. Colleen McMahon

2-5-2020