UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

Jorge Yepes, et al.,

                            Plaintiff(s),

      -v-

El Tio Pio West Inc., et al.,

                            Defendant(s).

---------------------------------------------------------------X

18-CV-2038 (CM)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/4/2022

COLLEEN McMAHON, United States District Judge:

    The Court is conducting a review of its docket and making inquiry into cases where there has been no recent activity. The present case appears to fall into that category.

    Accordingly, the parties are directed to file a letter within Seven (7) Days (either jointly or separately) reporting on the status of the current litigation. Failure to respond will result in the dismissal of the above-captioned case for failure to prosecute.

Dated: February 4, 2022

                                               SO ORDERED:

                                               /s/ Colleen McMahon

                                             United States District Judge